UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

DENISE CORREA,

    Plaintiff,

v.     CASE NO. 3:03CV1049(RNC)

POSTMASTER, U.S. POSTAL SERVICE ET AL.,

    Defendants.

FILED 2003 DEC 22 A 8:01 U.S. DISTRICT COURT HARTFORD, CT.

## NOTICE

More than 120 days have elapsed since the complaint was filed but plaintiff has not made proof of service as required by Fed. R. Civ. P. 4(l).

Accordingly, plaintiff is hereby ordered to file a memorandum on or before January 12, 2004 showing why this action should not be dismissed. See Fed. R. Civ. P. 4(m).

Failure to comply with this Order will result in dismissal pursuant to Fed. R. Civ. P. 41(b).

It is so ordered.

Dated at Hartford, Connecticut this 19th day of December 2003.

                              Robert N. Chatigny
                              United States District Judge