UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 JAN 12 P 4: 31

```
************************************
DENISE CORREA,                      *
          Plaintiff                 *     CIVIL NO. 3:03 CV 1049 (RNC)
v.                                  *              HARTFORD CT
                                    *
POSTMASTER, U.S. POSTAL             *
SERVICE and MPO RON DEMAIDA         *     JURY TRIAL REQUESTED
individually and in his             *
official Capacity,                  *
          Defendants                *     JANUARY 9, 2004
************************************
```

## MOTION FOR EXTENSION OF TIME

Pursuant to Fed. R. Civ. P. 4(m), Plaintiff, through counsel undersigned, hereby moves for an extension of fifteen (15) days with respect to the above-captioned matter. In support of this motion, plaintiff represents as follows:

1. On January 2, 2004, Plaintiff received this Court's notice dated December 19, 2003, indicating that proof of service had not been returned to Court, as required by Fed. R. Civ. P. 4(1).

2. Until then, counsel had been unaware that the complaint in this case had been misfiled. A temporary employee who previously worked in this office, had inadvertently placed it in a closed file. The complaint had thus not been served due to such inadvertence.

3. Plaintiff therefore moves this Court for an extension of fifteen (15) days within which to serve all defendants and return the necessary proofs of service to this Court.

4. This is the first request for any such extension and Plaintiff commits to moving this matter vigorously forward should the court grant this motion.

5. The granting of this motion prejudices neither party.

WHEREFORE: Plaintiff moves this Court for the afore-mentioned extension of fifteen (15) days within which to serve the defendants and provide this Court with the necessary proof of service.

                    THE PLAINTIFF
                    DENISE CORREA

BY: _____
       CALEB M. PILGIRM
       HER ATTORNEY
       LAW OFFICES OF CALEB M. PILGRM, LLC
       1404 WHALLEY AVENUE
       NEW HAVEN, CT 06515
       FED. BAR NO: CT 14857

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed postage pre-paid to all counsel and pro se parties of record this January 9, 2004.

_____
CALEB M. PILGIRM