<u>OFFICER'S RETURN</u>

STATE OF CONNECTICUT )
                              ) SS: New Haven, March 5, 2004
COUNTY OF NEW HAVEN )  SS: New Haven, March 8, 2004

      Then and there by virtue hereof, I served the within named defendant(s) JACK POTTER US POSTMASTER GENERAL US POSTAL SERVICE, by leaving with and in the hands of: CAROLE KITTLE, AUTHORIZED TO ACCEPT SERVICE FOR, KEVIN O'CONNER U. S. ATTORNEY, (3) three true and attested copies of the original SUMMONS IN CIVIL CASE, with my endorsement thereon.

      And afterwards on March 8, 2004, in the Town of New Haven, County of New Haven, State of Connecticut, I served the within named JOHN ASHCROFT, US DEPARTMENT OF JUSTICE, by depositing at the post office in New Haven, CT., a letter addressed to: JOHN ASHCROFT, U.S. DEPARTMENT OF JUSTICE, 950 PENNSYLVANIA AVENUE, N.W., WASHINGTON, D.C. 20530-0001, postage paid, certified mail, return receipt requested, receiving therefore the post office receipt hereto annexed.

      Said letter contained a true and attested copy of the original, SUMMONS IN CIVIL CASE, with my endorsement thereon.

      RON DEMAIDA, we were unable to locate

      The within and forgoing is the original, SUMMONS AND COMPLAINT, with my doings hereon endorsed.

                                                ATTEST:

                                                LONNIE W. BARNES, JR
                                                STATE MARSHAL

Fee:
    Travel   $   6.00
    Service     60.00
    Copies    105.00
    Mailing     6.03
    End.         1.20

    Total   $ 178.20