UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2004 MAY -4  A 10: 45

U.S. DISTRICT COURT
HARTFORD, CT,

-----------------------------------------------------X
DENISE CORREA,

    Plaintiff,

    v.

JOHN E. POTTER,
POSTMASTER GENERAL,
UNITED STATES POSTAL SERVICE

    Defendant.
-----------------------------------------------------X

Civil Action No. 3:03CV1049 (RNC)

May 3, 2004

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned for John E. Potter, Postmaster General, United States Postal Service.

    Respectfully submitted,

    JOHN E. POTTER
    Postmaster General,

    By His Attorneys,

    KEVIN J. O'CONNOR,
    UNITED STATES ATTORNEY

By: *Anna Crawford*
    Anna V. Crawford
    Special Assistant U.S. Attorney
    United States Postal Service
    8 Griffin Road North
    Windsor, CT 06006-0170
    Tel. (860) 285-7309
    Fax: (860) 285-7397
    Fed. Bar No. ct01394

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Notice of Appearance was sent by First Class Mail, on May 3, 2004, to:

Plaintiff's Representative

Caleb M. Pilgrim, Esquire
1404 Whalley Avenue, 2nd Floor
New Haven, CT  06515

*Anna Crawford*
Anna V. Crawford

2