UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------X
DENISE CORREA,

    Plaintiff,

    v.                     Civil Action No. 3:03CV1049(RNC)

JOHN E. POTTER,
POSTMASTER GENERAL,
UNITED STATES POSTAL SERVICE

                               May 3, 2004

    Defendant.
-----------------------------------------------------X

FILED 2004 MAY -4 A 10: 45 U.S. DISTRICT COURT HARTFORD, CT

## DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

Defendants, Postmaster General, United States Postal Service, and Ron DeMaida, request an enlargement of time until May 21, 2004 to respond to the above captioned Complaint for the reason that the undersigned has just been assigned to defend this matter, and additional time is required to prepare a responsive pleading.

The undersigned attempted to obtain Plaintiff's position on this motion but was unable to reach counsel on several attempts.

This is the first request for an enlargement of time by the Defendants.

Respectfully submitted,

KEVIN J. O'CONNOR,
UNITED STATES ATTORNEY

By: /s/ Anna Crawford
Anna V. Crawford
Special Assistant U.S. Attorney
United States Postal Service
8 Griffin Road North
Windsor, CT 06006-0170
Tel. (860) 285-7309
Fax: (860) 285-7397
Fed. Bar No. ct01394

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Motion for Enlargement of Time was sent this 3rd day of May to:

Caleb M. Pilgrim, Esquire
1404 Whalley Avenue, 2nd Floor
New Haven, CT  06515


Carolyn Ikari
Assistant U.S. Attorney
District of Connecticut
450 Main Street, Room 328
Hartford, CT 06103-3002

_____
Anna V. Crawford