UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------X
DENISE CORREA,

    Plaintiff,

v.      Civil Action No. 3:03CV1049(RNC)

JOHN E. POTTER,
POSTMASTER GENERAL,
UNITED STATES POSTAL SERVICE

    Defendant.    May 3, 2004
-------------------------------------------------X

FILED
2004 MAY -4 A 10: 45
U.S. DISTRICT COURT
HARTFORD, CT

## DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

Defendants, Postmaster General, United States Postal Service, and Ron DeMaida, request an enlargement of time until May 21, 2004 to respond to the above captioned Complaint for the reason that the undersigned has just been assigned to defend this matter, and additional time is required to prepare a responsive pleading.

The undersigned attempted to obtain Plaintiff's position on this motion but was unable to reach counsel on several attempts.

This is the first request for an enlargement of time by the Defendants.

Respectfully submitted,

KEVIN J. O'CONNOR,
UNITED STATES ATTORNEY

By: *Anna Crawford*
Anna V. Crawford
Special Assistant U.S. Attorney
United States Postal Service
8 Griffin Road North
Windsor, CT 06006-0170
Tel. (860) 285-7309
Fax: (860) 285-7397
Fed. Bar No. ct01394

Granted. So ordered.
Robert N. Chatigny, U.S.D.J.
May 10, 2004.

FILED 2004 MAY 11 A 7:34 U.S. DISTRICT COURT HARTFORD, CT