#11

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| DENISE CORREA,<br>   Plaintiff<br>v.<br><br>POSTMASTER, U.S. POSTAL<br>SERVICE and MPO RON DEMAIDA<br>individually and in his<br>official Capacity,<br>   Defendants | CIVIL NO. 303 CV01 049(RNC)<br><br>JURY TRIAL REQUESTED<br><br>MAY 7, 2004 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION TO AMEND ORIGINAL PRE-TRIAL DEADLINES AND FOR SCHEDULING ORDER(S)

Plaintiff, through counsel undersigned, hereby moves this Court to amend the original Pretrial Deadlines of June 13, 2003 and for the necessary scheduling orders. (Exhibit A) In support of this Motion, Plaintiff represents as follows:

1. This matter came to this Court on or about June 12, 2003.

2. Service was not made on the defendant until March 2004, because the complaint had inadvertently been placed in a closed file.

3. This Court subsequently ordered service on the defendant and return of proof of service to this court by March 12, 2004.

---

May 12, 2004.      Denise Correa v. Postmaster, U.S. Postal, et al.,
                   Case Number 3:03CV1049(RNC)

RE: Motion to Amend Original Pre-Trial Deadlines and for Scheduling Order(s)
    [Doc. #11]

Treating this as a motion for extension of time it is hereby denied without prejudice for failure to comply with Local Rule 7(b)(3). In addition, the Rule 26(f) report must be filed jointly. So ordered.

                                      Robert N. Chatigny, U.S.D.J.