UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENISE CORREA | : |
| | : |
| v. | : CASE NO. 3:03CV1049 (RNC) |
| | : |
| JOHN E. POTTER, POSTMASTER GENERAL, and RON DEMAIDA | : |
| | : |

## JUDGMENT

This action having commenced by a complaint and having been assigned to Honorable Robert N. Chatigny, United States District Judge and,

The Court having considered the full record of the case including applicable principles of law, and having issued a Ruling and Order dismissing the federal claims and,

The Court having declined to exercise supplemental jurisdiction over the state law claims dismissing the claim without prejudice, it is therefore

ORDERED, ADJUDGED and DECREED that judgment be and hereby is entered and this case is dismissed.

Dated at Hartford, Connecticut, this 25th day of January 2005.

KEVIN F. ROWE, Clerk

By _____/s/lik_____
Linda I. Kunofsky
Deputy Clerk

EOD _____