UNITED STATES DISTRICT COURT **FILED**
DISTRICT OF CONNECTICUT

*2005 FEB 22*

| | | |
|---|---|---|
| DENISE CORREA, | : | CIVIL NO. 3:03CV1049 (RNC) |
|     Plaintiff | : | |
| | : | *U.S. DISTRICT COURT* |
| POSTMASTER, U.S. POSTAL | : | JURY TRIAL REQUESTED |
| SERVICE | : | |
|     Defendant | : | FEBRUARY 18, 2005 |

### PLAINTIFF'S MOTION TO SET ASIDE DISMISSAL

Plaintiff, through counsel undersigned, hereby moves this Court to set aside the dismissal entered by this Court on or about January 21, 2005. In support of this Motion, Plaintiff hereby represents as follows:

1. No copy of the Defendant's Motion to Dismiss was ever served, or received in this office, up to and including the present time, as attested to in the attached Affidavits. (Exhibits A, B and C)

2. FRCP 5(a) provides in pertinent part that "Except as otherwise provided in these rules, ... every pleading subsequent to the original complaint ... shall be served upon each of the parties".

3. Plaintiff's counsel only became aware of the Defendant's Motion to Dismiss, when Counsel received Notice that this Court had dismissed the Plaintiff's case on January 21, 2005, based on a Defendant's Motion to Dismiss filed with this Court on or about June 17, 2004.

4. Had the Defendant served on this office its Motion to Dismiss, Plaintiff's Counsel would have responded:

1

(a) because of the importance of this case to Plaintiff and Plaintiff's counsel;

(b) because of the fact that Defendant's Counsel had claimed in a telephone conversation with Plaintiff's Counsel in May 2004 year that Plaintiff had failed to exhaust her administrative remedies. By contrast, Plaintiff, Denise Correa, has steadfastly maintained and maintains that she did file with her employer the necessary EEO/EEOC Complaint alleging sexual harassment by her erstwhile supervisor, MPO Ron DeMaida.

Plaintiff would therefore have disputed any Motion to Dismiss based on any claim that Plaintiff had failed to exhaust administrative remedies.

On or about May 5, 2004, Plaintiff's Counsel then requested a copy of the Plaintiff's employment file but has never received the same to this day. (Exhibit D)

5. To date, Plaintiff's Counsel has never seen any Defendant's Motion to Dismiss and there thus exists good cause to reopen and set aside the dismissal entered in this case.

6. Plaintiff would be irreparably prejudiced were her case not reopened, and in this vein Counsel commits to press this matter vigorously should this Court reopen this dismissal.

WHEREFORE: Plaintiff respectfully moves this Court to set aside the dismissal entered in this case on or about January 21, 2005.

              THE PLAINTIFF
              DENISE CORREA

By: *[signature]*
     CALEB M. PILGRIM
     HER ATTORNEY
     1404 WHALLEY AVENUE, 2ND FL.
     P.O. BOX 3649
     NEW HAVEN, CT O6515
     TEL: 203-387-2524
     Fed. Bar. No. ct14857

## CERTIFICATE OF SERVICE

I hereby certify that copies of this Motion and Attachments were mailed this 18th. Day of February, 2005, to Attorney Anna V. Crawford, Special Assistant U.S. Attorney, United States Postal Service, 8 Griffin Road North, Windsor, CT 06006.

                              *[signature]*
                              CALEB M. PILGRIM

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DENISE CORREA,<br>    Plaintiff | : | CIVIL NO. 3:03CV1049 (RNC) |
| | : | |
| POSTMASTER, U.S. POSTAL<br>SERVICE | : | JURY TRIAL REQUESTED |
|     Defendant | : | FEBRUARY 18, 2005 |

## AFFIDAVIT IN SUPPORT OF MOTION TO SET ASIDE DISMISSAL

I, CALEB M. PILGRIM, undersigned being duly deposed and sworn, do state as follows:

1. I am over the age of eighteen (18) years and believe in the obligations of an oath.

2. I am counsel for the Plaintiff in this matter and am personally familiar with the facts and circumstances involved in this case.

3. On no occasion over the past year (2004) have I received in this office from Attorney Anna V. Crawford, Special Assistant U.S. Attorney, United States Postal Service, or from any other of its Attorneys any Motion to Dismiss filed by the Defendant in this matter.

4. Specifically, there was not received in this office at any time last year any Motion to Dismiss by the Defendant, dated or filed on or about June 2004, or any other date.

5. Had there been a Motion to Dismiss by the United States Post Office received in this office on the subject of this case I would have either seen it, or have been made aware of its existence.

PLAINTIFF'S EXHIBIT A

1

6.  I have discussed this matter with two assistants in my office, and I am satisfied that, based on their advice to me that neither of my assistants ever received, opened, or were otherwise aware of any Motion to Dismiss from the Defendant United States Post Office or its Attorney at any time during the past year.

7.  I make the foregoing statements of my own free will and volition and they are true and correct according to my best knowledge and belief.

> *[signature]*
> CALEB M. PILGRIM, ESQ.
> 1404 Whalley Avenue
> New Haven, CT 06515
> Tel: 203-387-2524

**State of Connecticut**     ]
      **ss:**     ]
**County of New Haven**     ]

Subscribed and sworn to before me this 18th. Day of February, 2005.

> *[signature]*
> EVERIL WEST PILGRIM,
> Notary Public/My Commission
> Expires 3/31/07

2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DENISE CORREA,<br>    Plaintiff | : | CIVIL NO. 3:03CV1049 (RNC) |
| | : | |
| POSTMASTER, U.S. POSTAL SERVICE | : | JURY TRIAL REQUESTED |
|     Defendant | : | FEBRUARY 18, 2005 |

## AFFIDAVIT IN SUPPORT OF MOTION TO SET ASIDE DISMISSAL

I, EVERIL WEST PILGRIM, undersigned being duly deposed and sworn, do state as follows:

1. I am over the age of eighteen (18) years and believe in the obligations of an oath.

2. I am personally familiar with the facts and circumstances involved in this case.

3. I am a Notary Public and a legal assistant in the Law Offices of Caleb M. Pilgrim, L.L.C., and have so worked in that capacity for the past several years.

4. My responsibilities include, among other things, opening the daily correspondence and mail, which includes pleadings in cases, such as the instant matter. I occasionally assist in drafting and typing and finalizing responses to all types of pleadings and correspondence.

5. On no occasion over the past year have I received in this office from Attorney Anna V. Crawford, Special Assistant U.S. Attorney, United States Postal Service, or any of other of its Attorneys any Motion to Dismiss filed by the Defendant in this matter. Specifically, there was

1

PLAINTIFF'S
EXHIBIT
B

not received in this office at any time last year any Motion to Dismiss by the Defendant, dated June 2004, or any other date.

6. Had there been a Motion to Dismiss by the United States Post Office received in this office on the subject of this case I would have been aware of it.

7. I have discussed this matter with one other employee and I have been advised that she did not receive or open any pleadings, specifically including a Motion to Dismiss from the United States Post Office or its Attorney at any time during the past year.

9. I make the foregoing statements of my own free will and volition and they are true and correct according to my best knowledge and belief.

EVERIL WEST PILGRIM
Notary Public & Legal Assistant
1404 Whalley Avenue
New Haven, CT 06515
Tel: 203-387-2524

**State of Connecticut**   ]
    **ss:**   ]
**County of New Haven**   ]

Subscribed and sworn to before me this 18th. Day of February 2005.

CALEB M. PILGRIM, ESQ.

2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DENISE CORREA,<br>　　　Plaintiff | : | CIVIL NO. 3:03CV1049 (RNC) |
| | : | |
| POSTMASTER, U.S. POSTAL SERVICE | : | JURY TRIAL REQUESTED |
| 　　　Defendant | : | FEBRUARY 18, 2005 |

## AFFIDAVIT IN SUPPORT OF MOTION TO SET ASIDE DISMISSAL

I, LEANN WEST, undersigned being duly deposed and sworn, do state as follows:

1. I am over the age of eighteen (18) years and believe in the obligations of an oath.

2. I am personally familiar with the facts and circumstances involved in this case.

3. I am an assistant in the Law Offices of Caleb M. Pilgrim, L.L.C., and have so worked in that capacity for the last year.

4. My responsibilities include, among other things, opening the daily correspondence and mail, which includes pleadings in cases, such as the instant matter. I also answer the telephone calls; assist in typing and finalizing responses to pleadings and correspondence.

5. On no occasion over the past year have I received in this office from Attorney Anna V. Crawford, Special Assistant U.S. Attorney, United States Postal Service, or any of other of its Attorneys any Motion to Dismiss filed by the Defendant in this matter. Specifically, there was not received in this office at any time last year any Motion to Dismiss by the Defendant, dated June 2004, or any other date.

PLAINTIFF'S EXHIBIT

1

6.  Had there been a Motion to Dismiss by the United States Post Office received in this office on the subject of this case I would have been aware of it and drawn it to Attorney Pilgrim's attention.

7.  I make the foregoing statements of my own free will and volition and they are true and correct according to my best knowledge and belief.

*[signature]*
LEANN WEST
1404 Whalley Avenue
New Haven, CT 06515
Tel: 203-387-2524

**State of Connecticut**       ]
     **ss:**                    ]
**County of New Haven**        ]


Subscribed and sworn to before me this 18th. Day of February, 2005.

*[signature]*
CALEB M. PILGRIM, ESQ.

2

# Caleb M. Pilgrim

LAW OFFICES OF CALEB M. PILGRIM, L.L.C. • P.O. BOX 3649 • NEW HAVEN, CT 06515
TEL: 203 387-2524 • FAX: 203 387-2527 • EMAIL: pilgrimesq@juno.com

Attorney At Law

May 5, 2004

Anna V. Crawford
Special Assistant U.S. Attorney
United States Postal Service
8 Griffin Road North
Windsor, CT 06006

RE: Denise Correa v. John E. Potter
    Civil Action No. 3:03CV1049 (RNC)

Dear Attorney Crawford:

As you know this offices represents Denise Correa in the above-captioned matter. We are therefore requesting that you provide us with Ms. Correa's personnel file.

Thank you for your immediate attention to this matter.

Very truly yours,
Law Offices of Caleb M. Pilgrim, LLC

Caleb M. Pilgrim
CMP/edw

PLAINTIFF'S EXHIBIT D