UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | | |
|---|---|---|
| DENISE CORREA | : | CIVIL ACTION |
| | | NO.3:03CV1049 (RNC) |
| v. | : | |
| | | 2005 MAY 26  A 10: 55 |
| JOHN E. POTTER | : | MAY 23, 2005 |
| POSTMASTER, U.S. | | DISTRICT COURT |
| POSTAL SERVICE | | HARTFORD, CT. |

## PLAINTIFF'S MOTION FOR EXTENSION

Plaintiff hereby moves this Court for an extension of thirty (30) days within which to depose the Defendant's Keeper of Records, and a Ms. Vera Wright employed by the Defendant, and possibly those witnesses interviewed by Ms. Wright with respect to Plaintiff's EEO Complaint filed in this matter. In support of this motion Plaintiff's Counsel represents:

1. Defendant has denied that Plaintiff ever exhausted the administrative EEO/EEOC requirements prior to filing suit in this matter.

2. Plaintiff maintains that she timely filed an EEO/EEOC Complaint in this matter and that the matter was investigated by the Defendant's Vera Wright, who interviewed the Plaintiff and other witnesses.

3. Upon information and belief, Ms. Wright functioned as the Defendant's EEO/EEOC Investigating Officer and conducted the requisite investigation of the Plaintiff's charges, interviewed witnesses, including Plaintiff's erstwhile supervisor, Ron DeMaida.

4.  To date, the Plaintiff has never received any report, or reports, of the investigation conducted by the Defendant, despite her several requests for copies of that report.

5.  Plaintiff's Counsel has noticed the deposition of the Defendant's Keeper of Records and Ms. Wright for Thursday, June 2, 2005, in order to obtain all reports of any and all EEO/EEOC investigations conducted by the Defendant in this matter.

6.  Plaintiff's Counsel has attempted to contact opposing counsel, and but was unable to ascertain the position of counsel as of the time of this motion.

7.  This extension prejudices neither party.

THE PLAINTIFF
DENISE CORREA

By: _____
Caleb M. Pilgrim
1404 Whalley Avenue
New Haven, Connecticut 06516
Fed. Bar No. ct 14857
Tel: (203) 387-2524

## CERTIFICATION

Pursuant to Fed. R. Civ. P. Rule 5(b), I hereby certify that a copy of the above was mailed on May 23, 2005 to Anna V. Crawford, United States Postal Service, 8 Griffin Road North, Windsor, CT 06006-0170.

_____
Caleb M. Pilgrim