*[Left margin, handwritten, vertical]:* Robert N. Chatigny, U.S.D.J.

*[Left margin, vertical]:* May 27, 2005. Denied without prejudice. See endorsement ruling of April 25, 2005, denying without prejudice plaintiff's motion to set aside dismissal [doc. 19]. So ordered.

*[Stamp, left]:* FILED 2005 MAY 27 A 8:53 U.S. DISTRICT COURT HARTFORD, CT.

*[Handwritten, left]:* 03CV1049END22

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

*[Stamp]:* FILED 2005 MAY 24 A 10:55 U.S. DISTRICT COURT HARTFORD, CT.

| | | |
|---|---|---|
| DENISE CORREA | : | CIVIL ACTION NO.3:03CV1049 (RNC) |
| v. | : | |
| JOHN E. POTTER POSTMASTER, U.S. POSTAL SERVICE | : | MAY 23, 2005 |

## PLAINTIFF'S MOTION FOR EXTENSION

Plaintiff hereby moves this Court for an extension of thirty (30) days within which to depose the Defendant's Keeper of Records, and a Ms. Vera Wright employed by the Defendant, and possibly those witnesses interviewed by Ms. Wright with respect to Plaintiff's EEO Complaint filed in this matter. In support of this motion Plaintiff's Counsel represents:

Defendant has denied that Plaintiff ever exhausted the administrative EEO/EEOC requirements prior to filing suit in this matter.

Plaintiff maintains that she timely filed an EEO/EEOC Complaint in this matter and that the matter was investigated by the Defendant's Vera Wright, who interviewed the Plaintiff and other witnesses.

3.   Upon information and belief, Ms. Wright functioned as the Defendant's EEO/EEOC Investigating Officer and conducted the requisite investigation of the Plaintiff's charges, interviewed witnesses, including Plaintiff's erstwhile supervisor, Ron DeMaida.